# Order

Michigan Supreme Court
Lansing, Michigan

October 25, 2006

130950(23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 130950
COA: 267703
Eaton CC: 05-020202-FC

ROBERT ARNOLD HIRSCHI,
    Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's order of July 19, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk

p1018